IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LUTHER STEVEN MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 23-0130-JB-MU |
| ) | |
| OFFICER JAMES STEWART, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 25th day of October, 2023.

<u>/s/ JEFFREY U. BEAVERSTOCK</u>
CHIEF UNITED STATES DISTRICT JUDGE